Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JOHN A. MURPHY,<br><br>Defendant. | Docket Number: 6:19-mj-00057-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

    The United States, by and through its representative, Sean Anderson, hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for July 14, 2020. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on August 21, 2019.

Dated: July 13, 2020             /S/ Sean O. Anderson
                                                     Sean O. Anderson
                                                     Acting Legal Officer
                                                     Yosemite National Park

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for July 14, 2020 in the above-referenced matter, *United States v. Murphy*, 6:19-mj-00057-JDP, be vacated.

IT IS SO ORDERED.

Dated:   July 13, 2020                                      _____
                                                                        UNITED STATES MAGISTRATE JUDGE

2